1   VAUGHT & BOUTRIS, LLP
    Jon R. Vaught, Esq., SB#114590
2   Basil J. Boutris, Esq., SB#122758
    Attorneys at Law
3   80 Swan Way, Suite 320
    Oakland, CA 94621
4   Telephone: (510) 430-1518

5   Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8
    AMERICAN CONTRACTORS          )   Case No. c-12-4439-EMC
9   INDEMNITY COMPANY, ASHLEY     )
    BERNS, ROSALINA CASTRO and    )   STIPULATED REQUEST TO EXTEND
10  MELVIN PRESENT,               )   DATE TO FILE OPPOSITION TO MOTION
                                  )   FOR SUMMARY JUDGMENT AND
11              Plaintiffs.       )   PROPOSED ORDER
                                  )
12  v.                            )
                                  )
13  UNITED STATES OF AMERICA,     )
                                  )
14              Defendant.        )
    _____)

15          Defendant United States of America has filed a Motion for Summary Judgment in this

16  case.  Hearing on the motion is currently set for March 27, 2014 in this court.  The parties

17  previously stipulated, and the court approved, that the Plaintiffs would filed their Opposition to

18  the Motion for Summary Judgment on February 27, 2014.

19          Pursuant to Local Rule 6-2(a) and 7-12, Plaintiffs, American Contractors Indemnity

20  Company, Ashley Berns, Rosalina Castro and Melvin Present, and Defendant, United States of

21  America, hereby stipulate and agree, subject to this Court's approval, to extend the date for

22  Plaintiffs to file an Opposition to the Motion for Summary Judgment to February 28, 2014.

23  Dated: 2/20/2014

24  MELINDA HAAG
    United States Attorney
25

26      /s/                                      /s/
27  _____      _____
    Cynthia Stier, Assistant            Jon R. Vaught
28  United States Attorney              Attorney for Plaintiffs

                                    1
    _____
    STIPULATED REQUEST TO CONTINUE HEARING
    (clients\berns\district court\amended complaint)

1  Attorneys for Defendant
   United States of America

2

3

4

5  IT IS SO ORDERED this _____25th___day of _____February____, 2014.

6

7  Date:    2/25/14                                    _____
                                                        District Court Judge
8
                                                        GRANTED
9

10                                                      Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
STIPULATED REQUEST TO CONTINUE HEARING
(clients\berns\district court\amended complaint)